

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00442-CV

**SAN ANTONIO WATER SYSTEM**,
Appellant

v.

Debra **NICHOLAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07444
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee recover her costs of this appeal from appellant.

SIGNED October 23, 2013.

_____
Sandee Bryan Marion, Justice